PROB 12B
(7/93)

Report Date: August 9, 2007

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 10 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Scott Leonard Lynch               Case Number: 2:00CR00036-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 11/02/2000               Type of Supervision:   Supervised Release

Original Offense: Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) ; Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846               Date Supervision Commenced: 06/15/2007

Original Sentence: Prison - 110 Months; TSR - 36 Months               Date Supervision Expires: 06/14/2010

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 20050), and to request that the conditions of supervision be modified to authorize a maximum of six random drug and/or alcohol tests per month.

The offender signed the "Waiver of Hearing to Modify Conditions of Supervised Release," and understands the rational behind this modification. Mr. Lynch continues to submit to drug testing. To date, all urinalysis specimens provided by Mr. Lynch have been negative.

Respectfully submitted,

by    /s/ Brenda J. Kuest
Brenda J. Kuest
U.S. Probation Officer
Date: August 9, 2007

Prob 12B
**Re: Lynch, Scott Leonard**
**August 9, 2007**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

8/10/07
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____    Signed: _____
           U.S. Probation Officer                  Scott Leonard Lynch
                                                       Probationer or Supervised Releasee

                June 15, 2007
                    Date